IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:25-CR-14-FL-1

UNITED STATES OF AMERICA )
)
v. )
)
CAMPBELL SALES GROUP, INC. d/b/a )      ORDER
LeatherItaliaUSA, )
)
            Defendant. )

This matter came before the court for hearing for review of deferred prosecution agreement filed by the government (DE 1). Where the role of the court in reviewing and overseeing deferred prosecution agreements arises out of the Speedy Trial Act, and its specific exclusion: "Any period of delay during which prosecution is deferred by the attorney for the Government pursuant to written agreement with the defendant, with the approval of the court, for the purpose of allowing the defendant to demonstrate [its] good conduct," 18 U.S.C. § 3161(h)(2), this court determines the subject agreement is bona fide and grants waiver in this case.

SO ORDERED, this the 8th day of April, 2025.

LOUISE W. FLANAGAN
United States District Judge